IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 APR 21 PM 5:09
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID PARDINAS,<br>          Defendant. | SEALED<br><br>4:25CR 3036<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

### COUNT I

Beginning on or about October 26, 2024, and continuing until on or about October 31, 2024, in the District of Nebraska, the defendant, DAVID PARDINAS, having been previously convicted of multiple offenses under the laws of the State of Nebraska related to child sex abuse and/or child pornography to wit: convictions on August 24, 2020 for Sexual Assault of a Child in the Third Degree in Case #CR20-36 and Attempted Possession of a Visual Depiction of Sexually Explicit Conduct in Case #CR20-38, both convictions in the District Court for Hall County, Nebraska, knowingly distributed any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about December 17, 2024, in the District of Nebraska, the defendant, DAVID PARDINAS, having been previously convicted of multiple offenses under the laws of the State of Nebraska related to child sex abuse and/or child pornography to wit: convictions on August 24, 2020 for Sexual Assault of a Child in the Third Degree in Case #CR20-36 and Attempted Possession of a Visual Depiction of Sexually Explicit Conduct in Case #CR20-38, both convictions in the District Court for Hall County, Nebraska, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
TESSIE L. SMITH
Assistant United States Attorney